

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2021

No. 04-20-00062-CV

**IN THE INTEREST OF K.M., B.M. AND A.B.M.**, minor children,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-09419
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

The Appellant's Motion for Default Judgment and Sanctions is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court